

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ANTONIO BARBA DUENAS, | § | No. 08-18-00022-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20100D02223) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time within which to file the brief until **December 12, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Leonard Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 12, 2018.

IT IS SO ORDERED this 28th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.